**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Steven and Patricia Knish,
Knish Corporation, f/k/a
Knish Construction Co., Inc.,

02cv0821 (JEL/JGL)

v.

Internal Revenue Service,

---

Steven and Patricia Knish,
Knish Corporation f/k/a
Knish Construction Co., Inc.

02cv1301 (PAM/RLE)

v.

Internal Revenue Service,

---

## ORDER OF DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF RELATED CASE

Case No. 02cv821 having been assigned to Judge Joan E. Lancaster and Case No. 02cv1301 having later been assigned to Senior Judge Paul A. Magnuson, said matters being related cases,

**IT IS HEREBY ORDERED** That Case No. 02cv1301 be assigned to Judge Joan E. Lancaster, *nunc pro tunc,* by use of a card on the Master list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated May 30, 2002.

**IT IS FINALLY ORDERED** That a copy of this Order shall be placed in each of the above respective files.

DATED: July 16, 2002.

JOAN E. LANCASTER, Judge
United States District Court

DATED: July 17, 2002.

PAUL A. MAGNUSON, Senior Judge
United States District Court

JUL 17 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK