UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 02-821 (JEL/JGL)

STEVEN KNISH, et al.,

Plaintiffs,

v.

**PRETRIAL ORDER**

INTERNAL REVENUE SERVICE,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is one hour;

2. The period during which the parties may seek discovery shall be completed by December 15, 2002;

3. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to January 15, 2003;

4. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to February 15, 2003; and

5. This case will be considered "ready for trial" as of April 15, 2003.

DATED: August 12, 2002

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge

Filed ____________
Richard D. Sletten, Clerk
Judgment Entd. ____________
Deputy Clerk ____________